**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:95cr25-1-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **BRIAN KEITH BURROUGHS** | ) | |

**THIS MATTER** is before the Court on its own motion to re-assign the above-captioned case. The Court finds that the interests of justice and judicial economy warrant the transfer of this case.

**IT IS, THEREFORE, ORDERED** that the above-captioned case be administratively re-assigned to the Honorable Graham C. Mullen.

Signed: February 7, 2006

Richard L. Voorhees
Chief United States District Judge