# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL DOCKET NO. 3:04CR191-2-V
## 3:95cr25-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRIAN KEITH BURROUGH ) | |

**THIS MATTER** is before the Court upon Government's Motion To Continue Competency Hearing, Supervised Release Violation, Factual Basis and Sentencing Hearings scheduled for the 3 December 2007 in the Charlotte Division. For the reasons stated in Government's motion, the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED** that Government's motion is **GRANTED**. The hearings are hereby continued from 3 December 2007 in the Charlotte Division to the next available term in the Charlotte Division.

Signed: November 7, 2007

Richard L. Voorhees
United States District Judge